| | | | |
|---|---|---|---|
| Pay Date: | 08/01/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 07/15/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 07/28/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 3173.08 | 46961.57 |
| Vacation | | 0.00 | 2221.16 |
| Bonus | | 0.00 | 1000.00 |
| Holiday | | 0.00 | 1586.55 |
| **Gross** | | **3173.08** | **51769.28** |
| **W/H Taxes** | | | |
| Federal W/H(M/1) | | 226.67 | 3959.58 |
| Medicare | | 39.76 | 650.66 |
| Social Security | | 169.99 | 2781.84 |
| Louisiana State W/H(M/1) | | 101.00 | 1640.00 |
| **Deductions** | | | |
| 401 K % | | 126.92 | 2030.72 |
| 401 K Loan $ | | 51.06 | 816.96 |
| 401K Loan $ 2 | | 118.56 | 1896.96 |
| BCBS | | 254.78 | 4076.48 |
| COL Accident | | 18.32 | 293.12 |
| COL Critical Illness | | 21.11 | 337.76 |
| COL Universal Life | | 39.95 | 639.20 |
| Cancer | | 18.00 | 288.00 |
| Dental | | 35.78 | 572.48 |
| Loan Repay | | 86.33 | 1381.28 |
| Med FSA | | 98.08 | 1569.28 |
| Vision 1 | | 6.33 | 101.28 |
| Voluntary Life | | 13.98 | 223.68 |
| **Net Pay** | | **1746.46** | **28510.00** Voucher No. 8273DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1746.46 | 28510.00 A/C:0025 |

| **Employee Benefits** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 507.68 *Company Match | | |

Voucher No. 8273DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 08/01/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                    1746.46

One Thousand Seven Hundred Forty Six And 46/100 Dollars

BRIAN J. BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726               **NON-NEGOTIABLE**

| Pay Date: | 08/15/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 07/29/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 08/11/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 50134.65 |
| Vacation | | | 0.00 | 2221.16 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1586.55 |
| | **Gross** | | **3173.08** | **54942.36** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 226.67 | 4186.25 |
| Medicare | | | 39.76 | 690.42 |
| Social Security | | | 169.99 | 2951.83 |
| Louisiana State W/H(M/1) | | | 101.00 | 1741.00 |
| **Deductions** | | | | |
| 401 K % | | | 126.92 | 2157.64 |
| 401 K Loan $ | | | 51.06 | 868.02 |
| 401K Loan $ 2 | | | 118.56 | 2015.52 |
| BCBS | | | 254.78 | 4331.26 |
| COL Accident | | | 18.32 | 311.44 |
| COL Critical Illness | | | 21.11 | 358.87 |
| COL Universal Life | | | 39.95 | 679.15 |
| Cancer | | | 18.00 | 306.00 |
| Dental | | | 35.78 | 608.26 |
| Loan Repay | | | 86.33 | 1467.61 |
| Med FSA | | | 98.08 | 1667.36 |
| Vision 1 | | | 6.33 | 107.61 |
| Voluntary Life | | | 13.98 | 237.66 |
| | **Net Pay** | | **1746.46** | **30256.46** Voucher No. 8546DD |

**Net Pay Distribution**

| | Current Period | Year To Date | | |
|---|---|---|---|---|
| Direct Deposit Net Check | 1746.46 | 30256.46 A/C:0025 | | |

| **Employee Benefits** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 539.41 *Company Match | | |

Voucher No. 8546DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE          DATE: 08/15/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                          1746.46

One Thousand Seven Hundred Forty Six And 46/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    For Record Purposes Only
DENHAM SPRINGS, LA  70726            **NON-NEGOTIABLE**

| | | |
|---|---|---|
| Pay Date: | 08/29/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC |
| Period Start: | 08/12/2018 | 24355 CAPITOL AVENUE |
| Period End: | 08/25/2018 | REDFORD  MI  48239 |

Emp #: 0145
Dept: 5 - Baton Rouge
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 3173.08 | 53307.73 |
| Vacation | | 0.00 | 2221.16 |
| Bonus | | 0.00 | 1000.00 |
| Holiday | | 0.00 | 1586.55 |
| **Gross** | | **3173.08** | **58115.44** |
| **W/H Taxes** | | | |
| Federal W/H(M/1) | | 226.67 | 4412.92 |
| Medicare | | 39.76 | 730.18 |
| Social Security | | 169.99 | 3121.82 |
| Louisiana State W/H(M/1) | | 101.00 | 1842.00 |
| **Deductions** | | | |
| 401 K % | | 126.92 | 2284.56 |
| 401 K Loan $ | | 51.06 | 919.08 |
| 401K Loan $ 2 | | 118.56 | 2134.08 |
| BCBS | | 254.78 | 4586.04 |
| COL Accident | | 18.32 | 329.76 |
| COL Critical Illness | | 21.11 | 379.98 |
| COL Universal Life | | 39.95 | 719.10 |
| Cancer | | 18.00 | 324.00 |
| Dental | | 35.78 | 644.04 |
| Loan Repay | | 86.06 | 1553.67 |
| Med FSA | | 98.08 | 1765.44 |
| Vision 1 | | 6.33 | 113.94 |
| Voluntary Life | | 13.98 | 251.64 |
| **Net Pay** | | **1746.73** | **32003.19** Voucher No. 8681DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1746.73 | 32003.19 A/C:0025 |

| **Employee Benefits** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 571.14 *Company Match | | |

Voucher No. 8681DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                              DATE: 08/29/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                      1746.73

One Thousand Seven Hundred Forty Six And 73/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                             **For Record Purposes Only**
DENHAM SPRINGS, LA  70726              **\*\*NON-NEGOTIABLE\*\***

| | | |
|---|---|---|
| Pay Date: | 09/12/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 08/26/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 09/08/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 1586.54 | 54894.27 |
| Personal | | | 1269.23 | 1269.23 |
| Vacation | | | 0.00 | 2221.16 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 317.31 | 1903.86 |
| **Gross** | | | **3173.08** | **61288.52** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 226.67 | 4639.59 |
| Medicare | | | 39.76 | 769.94 |
| Social Security | | | 169.99 | 3291.81 |
| Louisiana State W/H(M/1) | | | 101.00 | 1943.00 |
| **Deductions** | | | | |
| 401 K % | | | 126.92 | 2411.48 |
| 401 K Loan $ | | | 51.06 | 970.14 |
| 401K Loan $ 2 | | | 118.56 | 2252.64 |
| BCBS | | | 254.78 | 4840.82 |
| COL Accident | | | 18.32 | 348.08 |
| COL Critical Illness | | | 21.11 | 401.09 |
| COL Universal Life | | | 39.95 | 759.05 |
| Cancer | | | 18.00 | 342.00 |
| Dental | | | 35.78 | 679.82 |
| Loan Repay | | | 0.00 | 1553.67 |
| Med FSA | | | 98.08 | 1863.52 |
| Vision 1 | | | 6.33 | 120.27 |
| Voluntary Life | | | 13.98 | 265.62 |
| **Net Pay** | | | **1832.79** | **33835.98** Voucher No. 8816DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1832.79 | 33835.98 A/C:0025 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 602.87 *Company Match | | |

Voucher No. 8816DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                          DATE: 09/12/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                      1832.79

One Thousand Eight Hundred Thirty Two And 79/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                     **For Record Purposes Only**
DENHAM SPRINGS, LA  70726                **NON-NEGOTIABLE****

| | | | | |
|---|---|---|---|---|
| Pay Date: | 09/26/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | | Emp #: 0145 |
| Period Start: | 09/09/2018 | 24355 CAPITOL AVENUE | | Dept: 5 - Baton Rouge |
| Period End: | 09/22/2018 | REDFORD  MI  48239 | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 58067.35 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 2221.16 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1903.86 |
| | | | | |
| **Gross** | | | **3173.08** | **64461.60** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 226.67 | 4866.26 |
| Medicare | | | 39.76 | 809.70 |
| Social Security | | | 169.99 | 3461.80 |
| Louisiana State W/H(M/1) | | | 101.00 | 2044.00 |
| | | | | |
| **Deductions** | | | | |
| 401 K % | | | 126.92 | 2538.40 |
| 401 K Loan $ | | | 51.06 | 1021.20 |
| 401K Loan $ 2 | | | 118.56 | 2371.20 |
| BCBS | | | 254.78 | 5095.60 |
| COL Accident | | | 18.32 | 366.40 |
| COL Critical Illness | | | 21.11 | 422.20 |
| COL Universal Life | | | 39.95 | 799.00 |
| Cancer | | | 18.00 | 360.00 |
| Dental | | | 35.78 | 715.60 |
| Loan Repay | | | 0.00 | 1553.67 |
| Med FSA | | | 98.08 | 1961.60 |
| Vision 1 | | | 6.33 | 126.60 |
| Voluntary Life | | | 13.98 | 279.60 |
| | | | | |
| **Net Pay** | | | **1832.79** | **35668.77** Voucher No. 8955DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1832.79 | 35668.77 A/C:0025 |

**Employee Benefits**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 634.60 *Company Match | | |

Voucher No. 8955DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE
REDFORD, MI   48239

DATE: 09/26/2018

Dept: 5

## Net Pay:                                                               1832.79

One Thousand Eight Hundred Thirty Two And 79/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT
DENHAM SPRINGS, LA  70726

For Record Purposes Only
**NON-NEGOTIABLE**

| | | | |
|---|---|---|---|
| Pay Date: | 10/10/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 09/23/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 10/06/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 61240.43 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 2221.16 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1903.86 |
| **Gross** | | | **3173.08** | **67634.68** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 226.67 | 5092.93 |
| Medicare | | | 39.76 | 849.46 |
| Social Security | | | 169.99 | 3631.79 |
| Louisiana State W/H(M/1) | | | 101.00 | 2145.00 |
| **Deductions** | | | | |
| 401 K % | | | 126.92 | 2665.32 |
| 401 K Loan $ | | | 51.06 | 1072.26 |
| 401K Loan $ 2 | | | 118.56 | 2489.76 |
| BCBS | | | 254.78 | 5350.38 |
| COL Accident | | | 18.32 | 384.72 |
| COL Critical Illness | | | 21.11 | 443.31 |
| COL Universal Life | | | 39.95 | 838.95 |
| Cancer | | | 18.00 | 378.00 |
| Dental | | | 35.78 | 751.38 |
| Loan Repay | | | 0.00 | 1553.67 |
| Med FSA | | | 98.08 | 2059.68 |
| Vision 1 | | | 6.33 | 132.93 |
| Voluntary Life | | | 13.98 | 293.58 |
| **Net Pay** | | | **1832.79** | **37501.56** Voucher No. 9092DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1832.79 | 37501.56 A/C:8155 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 31.73 | 666.33 *Company Match | | |

Voucher No. 9092DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE
REDFORD, MI    48239

DATE: 10/10/2018

Dept: 5

**Net Pay:**                                                                                    **1832.79**

One Thousand Eight Hundred Thirty Two And 79/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT
DENHAM SPRINGS, LA  70726

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

Pay Date:        10/24/2018        Company: 0DC71 - ALPINE POWER SYSTEMS INC        Emp #: 0145
Period Start:    10/07/2018        24355 CAPITOL AVENUE                             Dept: 5 - Baton Rouge
Period End:      10/20/2018        REDFORD  MI  48239                               Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 1903.85 | 63144.28 | |
| Personal | | 0.00 | 1269.23 | |
| Vacation | | 1269.23 | 3490.39 | |
| Bonus | | 0.00 | 1000.00 | |
| Holiday | | 0.00 | 1903.86 | |
| **Gross** | | **3173.08** | **70807.76** | |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | 241.90 | 5334.83 | |
| Medicare | | 39.76 | 889.22 | |
| Social Security | | 169.99 | 3801.78 | |
| Louisiana State W/H(M/1) | | 108.00 | 2253.00 | |
| **Deductions** | | | | |
| 401 K % | | 0.00 | 2665.32 | |
| 401 K Loan $ | | 51.06 | 1123.32 | |
| 401K Loan $ 2 | | 118.56 | 2608.32 | |
| BCBS | | 254.78 | 5605.16 | |
| COL Accident | | 18.32 | 403.04 | |
| COL Critical Illness | | 21.11 | 464.42 | |
| COL Universal Life | | 39.95 | 878.90 | |
| Cancer | | 18.00 | 396.00 | |
| Dental | | 35.78 | 787.16 | |
| Loan Repay | | 0.00 | 1553.67 | |
| Med FSA | | 98.08 | 2157.76 | |
| Vision 1 | | 6.33 | 139.26 | |
| Voluntary Life | | 13.98 | 307.56 | |
| **Net Pay** | | **1937.48** | **39439.04** Voucher No. 9230DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | 1937.48 | 39439.04 A/C:4970 | |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 0.00 | 666.33 *Company Match | | |

Voucher No. 9230DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 10/24/2018
REDFORD, MI   48239

Dept: 5

## Net Pay:                                                           1937.48

One Thousand Nine Hundred Thirty Seven And 48/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726               **NON-NEGOTIABLE**

# Earnings Statement

| | | |
|---|---|---|
| Pay Date: | 11/07/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC |
| Period Start: | 10/21/2018 | 24355 CAPITOL AVENUE |
| Period End: | 11/03/2018 | REDFORD  MI  48239 |

Emp #: 0145
Dept: 5 - Baton Rouge
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 66317.36 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 3490.39 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1903.86 |
| **Gross** | | | **3173.08** | **73980.84** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 241.90 | 5576.73 |
| Medicare | | | 39.76 | 928.98 |
| Social Security | | | 169.99 | 3971.77 |
| Louisiana State W/H(M/1) | | | 108.00 | 2361.00 |
| **Deductions** | | | | |
| 401 K % | | | 0.00 | 2665.32 |
| 401 K Loan $ | | | 51.06 | 1174.38 |
| 401K Loan $ 2 | | | 118.56 | 2726.88 |
| BCBS | | | 254.78 | 5859.94 |
| COL Accident | | | 18.32 | 421.36 |
| COL Critical Illness | | | 21.11 | 485.53 |
| COL Universal Life | | | 39.95 | 918.85 |
| Cancer | | | 18.00 | 414.00 |
| Dental | | | 35.78 | 822.94 |
| Loan Repay | | | 0.00 | 1553.67 |
| Med FSA | | | 98.08 | 2255.84 |
| Vision 1 | | | 6.33 | 145.59 |
| Voluntary Life | | | 13.98 | 321.54 |
| **Net Pay** | | | **1937.48** | **41376.52** Voucher No. 9370DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1937.48 | 41376.52 | A/C:4970 |

**Employee Benefits**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 0.00 | 666.33 *Company Match | | |

Voucher No. 9370DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 11/07/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                    1937.48

One Thousand Nine Hundred Thirty Seven And 48/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726                **\*\*NON-NEGOTIABLE\*\***

| | | | | |
|---|---|---|---|---|
| Pay Date: | 11/21/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | | Emp #: 0145 |
| Period Start: | 11/04/2018 | 24355 CAPITOL AVENUE | | Dept: 5 - Baton Rouge |
| Period End: | 11/17/2018 | REDFORD  MI  48239 | | Pay Basis: Salary |

| | | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 69490.44 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 3490.39 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 1903.86 |
| | **Gross** | | **3173.08** | **77153.92** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 241.90 | 5818.63 |
| Medicare | | | 39.76 | 968.74 |
| Social Security | | | 169.99 | 4141.76 |
| Louisiana State W/H(M/1) | | | 108.00 | 2469.00 |
| **Deductions** | | | | |
| 401 K % | | | 0.00 | 2665.32 |
| 401 K Loan $ | | | 51.06 | 1225.44 |
| 401K Loan $ 2 | | | 118.56 | 2845.44 |
| BCBS | | | 254.78 | 6114.72 |
| COL Accident | | | 18.32 | 439.68 |
| COL Critical Illness | | | 21.11 | 506.64 |
| COL Universal Life | | | 39.95 | 958.80 |
| Cancer | | | 18.00 | 432.00 |
| Dental | | | 35.78 | 858.72 |
| Loan Repay | | | 0.00 | 1553.67 |
| Loan Repay 2 | | | 14.25 | 14.25 |
| Med FSA | | | 98.08 | 2353.92 |
| Vision 1 | | | 6.33 | 151.92 |
| Voluntary Life | | | 13.98 | 335.52 |
| | **Net Pay** | | **1923.23** | **43299.75** Voucher No. 9509DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1923.23 | 43299.75 A/C:4970 |

**Employee Benefits**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 0.00 | 666.33 *Company Match | | |

Voucher No. 9509DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 11/21/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                1923.23

One Thousand Nine Hundred Twenty Three And 23/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726               **NON-NEGOTIABLE**

**Earnings Statement**

| | | | |
|---|---|---|---|
| Pay Date: | 12/05/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 11/18/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 12/01/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2538.46 | 72028.90 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 3490.39 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 634.62 | 2538.48 |
| **Gross** | | | **3173.08** | **80327.00** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 238.06 | 6056.69 |
| Medicare | | | 39.75 | 1008.49 |
| Social Security | | | 169.97 | 4311.73 |
| Louisiana State W/H(M/1) | | | 106.00 | 2575.00 |
| **Deductions** | | | | |
| 401 K % | | | 31.73 | 2697.05 |
| 401 K Loan $ | | | 51.06 | 1276.50 |
| 401K Loan $ 2 | | | 118.56 | 2964.00 |
| BCBS | | | 255.00 | 6369.72 |
| COL Accident | | | 18.32 | 458.00 |
| COL Critical Illness | | | 21.11 | 527.75 |
| COL Universal Life | | | 39.95 | 998.75 |
| Cancer | | | 18.00 | 450.00 |
| Dental | | | 35.86 | 894.58 |
| Loan Repay | | | 0.00 | 1553.67 |
| Loan Repay 2 | | | 0.00 | 14.25 |
| Med FSA | | | 98.08 | 2452.00 |
| Vision 1 | | | 6.33 | 158.25 |
| Voluntary Life | | | 13.98 | 349.50 |
| **Net Pay** | | | **1911.32** | **45211.07** Voucher No. 9931DD |

**Net Pay Distribution**

| | | Current Period | Year To Date |
|---|---|---|---|
| Direct Deposit Net Check | | 1911.32 | 45211.07 A/C:4970 |

**Employee Benefits**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 7.93 | 674.26 *Company Match | | |

Voucher No. 9931DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 12/05/2018
REDFORD, MI    48239

Dept: 5

## Net Pay:                                                         1911.32

One Thousand Nine Hundred Eleven And 32/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726               **\*\*NON-NEGOTIABLE\*\***

| | | |
|---|---|---|
| Pay Date: | 12/19/2018 | Company: 0DC71 - ALPINE POWER SYSTEMS INC |
| Period Start: | 12/02/2018 | 24355 CAPITOL AVENUE |
| Period End: | 12/15/2018 | REDFORD  MI  48239 |

Emp #: 0145
Dept: 5 - Baton Rouge
Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 75201.98 |
| Personal | | | 0.00 | 1269.23 |
| Vacation | | | 0.00 | 3490.39 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | | | 0.00 | 2538.48 |
| Retro Pay | | | 31.73 | 31.73 |
| **Gross** | | | **3204.81** | **83531.81** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 245.19 | 6301.88 |
| Medicare | | | 40.15 | 1048.64 |
| Social Security | | | 171.69 | 4483.42 |
| Louisiana State W/H(M/1) | | | 110.00 | 2685.00 |
| **Deductions** | | | | |
| 401 K % | | | 0.00 | 2665.32 |
| 401 K Loan $ | | | 51.06 | 1327.56 |
| 401K Loan $ 2 | | | 118.56 | 3082.56 |
| BCBS | | | 255.00 | 6624.72 |
| COL Accident | | | 18.32 | 476.32 |
| COL Critical Illness | | | 21.11 | 548.86 |
| COL Universal Life | | | 39.95 | 1038.70 |
| Cancer | | | 18.00 | 468.00 |
| Dental | | | 35.86 | 930.44 |
| Loan Repay | | | 0.00 | 1553.67 |
| Loan Repay 2 | | | 0.00 | 14.25 |
| Med FSA | | | 102.08 | 2554.08 |
| Vision 1 | | | 6.33 | 164.58 |
| Voluntary Life | | | 13.98 | 363.48 |
| **Net Pay** | | | **1957.53** | **47200.33** Voucher No. 10072DD |

**Net Pay Distribution**

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 1957.53 | 47200.33 A/C:4970 |

**Employee Benefits**

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401 K % - Match - Match | 0.00 | 666.33 *Company Match | | |

Voucher No. 10072DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                    DATE: 12/19/2018
REDFORD, MI    48239

Dept: 5

**Net Pay:**                                                    **1957.53**

One Thousand Nine Hundred Fifty Seven And 53/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                    **For Record Purposes Only**
DENHAM SPRINGS, LA  70726              **\*\*NON-NEGOTIABLE\*\***

| | | | |
|---|---|---|---|
| Pay Date: | 01/02/2019 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 12/16/2018 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 12/29/2018 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 2538.46 | 2538.46 |
| Holiday | | | 634.62 | 634.62 |
| **Gross** | | | **3173.08** | **3173.08** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 239.73 | 239.73 |
| Medicare | | | 39.69 | 39.69 |
| Social Security | | | 169.72 | 169.72 |
| Louisiana State W/H(M/1) | | | 108.00 | 108.00 |
| **Deductions** | | | | |
| 401 K Loan $ | | | 51.06 | 51.06 |
| 401K Loan $ 2 | | | 118.56 | 118.56 |
| BCBS | | | 255.00 | 255.00 |
| COL Accident | | | 18.32 | 18.32 |
| COL Critical Illness | | | 21.11 | 21.11 |
| COL Universal Life | | | 39.95 | 39.95 |
| Cancer | | | 18.00 | 18.00 |
| Dental | | | 35.86 | 35.86 |
| Med FSA | | | 102.08 | 102.08 |
| Vision 1 | | | 6.33 | 6.33 |
| Voluntary Life | | | 13.98 | 13.98 |
| **Net Pay** | | | **1935.69** | **1935.69** Voucher No. 10221DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1935.69 | 1935.69 A/C:4970 |

Voucher No. 10221DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE                DATE: 01/02/2019
REDFORD, MI    48239

Dept: 5

**Net Pay:**                                              **1935.69**

One Thousand Nine Hundred Thirty Five And 69/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT                **For Record Purposes Only**
DENHAM SPRINGS, LA  70726           **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**BRIAN BYERS**

| | | |
|---|---|---|
| Pay Date: | 01/16/2019 | Company: 0DC71 - ALPINE POWER SYSTEMS INC |
| Period Start: | 12/30/2018 | 24355 CAPITOL AVENUE |
| Period End: | 01/12/2019 | REDFORD  MI  48239 |

Emp #: 0145
Dept: 5 - Baton Rouge
Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 2855.77 | 5394.23 |
| Holiday | | 317.31 | 951.93 |
| **Gross** | | **3173.08** | **6346.16** |
| **W/H Taxes** | | | |
| Federal W/H(M/1) | | 239.73 | 479.46 |
| Medicare | | 39.69 | 79.38 |
| Social Security | | 169.72 | 339.44 |
| Louisiana State W/H(M/1) | | 108.00 | 216.00 |
| **Deductions** | | | |
| 401 K Loan $ | | 51.06 | 102.12 |
| 401K Loan $ 2 | | 118.56 | 237.12 |
| BCBS | | 255.00 | 510.00 |
| COL Accident | | 18.32 | 36.64 |
| COL Critical Illness | | 21.11 | 42.22 |
| COL Universal Life | | 39.95 | 79.90 |
| Cancer | | 18.00 | 36.00 |
| Dental | | 35.86 | 71.72 |
| Med FSA | | 102.08 | 204.16 |
| Vision 1 | | 6.33 | 12.66 |
| Voluntary Life | | 13.98 | 27.96 |
| **Net Pay** | | **1935.69** | **3871.38** Voucher No. 10369DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1935.69 | 3871.38 A/C:4970 |

Voucher No. 10369DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE
REDFORD, MI    48239

DATE: 01/16/2019

Dept: 5

## Net Pay:

## 1935.69

One Thousand Nine Hundred Thirty Five And 69/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT
DENHAM SPRINGS, LA  70726

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# BRIAN BYERS

| | | | |
|---|---|---|---|
| Pay Date: | 01/30/2019 | Company: 0DC71 - ALPINE POWER SYSTEMS INC | Emp #: 0145 |
| Period Start: | 01/13/2019 | 24355 CAPITOL AVENUE | Dept: 5 - Baton Rouge |
| Period End: | 01/26/2019 | REDFORD  MI  48239 | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 3173.08 | 8567.31 |
| Holiday | | | 0.00 | 951.93 |
| **Gross** | | | **3173.08** | **9519.24** |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 239.73 | 719.19 |
| Medicare | | | 39.69 | 119.07 |
| Social Security | | | 169.72 | 509.16 |
| Louisiana State W/H(M/1) | | | 108.00 | 324.00 |
| **Deductions** | | | | |
| 401 K Loan $ | | | 51.06 | 153.18 |
| 401K Loan $ 2 | | | 118.56 | 355.68 |
| BCBS | | | 255.00 | 765.00 |
| COL Accident | | | 18.32 | 54.96 |
| COL Critical Illness | | | 21.11 | 63.33 |
| COL Universal Life | | | 39.95 | 119.85 |
| Cancer | | | 18.00 | 54.00 |
| Dental | | | 35.86 | 107.58 |
| Med FSA | | | 102.08 | 306.24 |
| Vision 1 | | | 6.33 | 18.99 |
| Voluntary Life | | | 13.98 | 41.94 |
| **Net Pay** | | | **1935.69** | **5807.07** Voucher No. 10514DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1935.69 | 5807.07 A/C:4970 |

---

Voucher No. 10514DD

ALPINE POWER SYSTEMS INC
24355 CAPITOL AVENUE
REDFORD, MI    48239

DATE: 01/30/2019

Dept: 5

## Net Pay:                                                                    1935.69

One Thousand Nine Hundred Thirty Five And 69/100 Dollars

BRIAN BYERS
10369 ISABELLE COURT
DENHAM SPRINGS, LA  70726

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***